THE STATE EX REL. SWIGER, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Swiger v. Indus. Comm.*
(1998), 82 Ohio St.3d 530.]

(No. 96–580—Submitted June 24, 1998—Decided August 5, 1998.)

*Tablack, Wellman, Jeren, Hackett & Skoufatos Co., L.P.A.,* and *Michael A. Tiberio,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Constance A. Snyder,* Assistant Attorney General, for appellant.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent and would reverse the judgment of the court of appeals.